# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ahmed Hallouz and Alexander Woodman, Individually and For Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br> Syndicate Energy Services, LLC and Round Table Consultants, LLC, <br><br> Defendants. | **ORDER** <br><br> Case No. 1:25-cv-238 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on July 10, 2026, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 30th day of December, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court